THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ABRAHAM GABRIEL, Appellant.

*People* v. *Robinson,* 169 App. Div. 937, appeal dismissed.
(Submitted April 2, 1917; decided April 6, 1917.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 25, 1915, which affirmed an order of Special Term denying a motion for vacation of a judgment entered upon a forfeited recognizance.

The motion was made upon the ground of failure to file the required return.

*Edward Swann, District Attorney,* for motion.

No one opposed.

Motion granted and appeal dismissed.